UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELISABETH LOCKWOOD,<br>Plaintiff,<br>v.<br>SPACE EXPLORATION TECHNOLOGIES CORPORATION,<br>Defendant. | CASE NO. C26-0723JNW<br>ORDER |

Before the court are (1) Defendant Space Exploration Technologies Corporation's ("SpaceX") motion to compel arbitration and stay this case (MTC (Dkt. # 6)) and (2) Plaintiff Elisabeth Lockwood's notices of supplemental authority (10/14/26 Notice Dkt. # 21); 11/11/26 Notice (Dkt. # 22)). Ms. Lockwood identifies two Ninth Circuit opinions filed after the parties' briefing closed that discuss the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act of 2021 ("EFAA"), 9 U.S.C. §§ 401-02: *Ding v. Structure Therapeutics, Inc.*, 187 F.4th 1231 (9th Cir. 2026), and *Holland-*

*Thielen v. SpaceX*, --- F.4th ---, No. 25-4811, 2026 WL 3403297 (9th Cir. Nov. 10, 2026). (*See* 10/14/26 Notice; 11/11/26 Notice; *see also* MTC Resp. (Dkt. # 10) (arguing that this matter is exempt from arbitration under the EFAA).)

The court ORDERS the parties to file simultaneous supplemental briefing regarding the effect of *Ding* and *Holland-Thielen*, if any, on SpaceX's motion to compel arbitration and Ms. Lockwood's opposition thereto. The parties' briefs are limited to 2,500 words in length and are due by no later than **November 30, 2026**.

Dated this 16th day of November, 2026.

JAMAL N. WHITEHEAD
United States District Judge